IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JASON LEE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
|     v. | ) | 2:17mc3799-MHT |
| | ) | (WO) |
| CELEBRITY CRUISES, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

Upon consideration of plaintiff's motion to transfer pursuant to Federal Rule of Civil Procedure 45(f) or, in the alternative, to quash, and based upon defense counsel's oral representation to the court that defendant does not oppose the motion to transfer, it is ORDERED that:

(1) The motion to transfer (doc. no. 1) is granted.

(2) Pursuant to Federal Rule of Civil Procedure 45(f), this case is transferred to the United States District Court for the Southern District of Florida.

(3) The motion to quash (doc. no. 1) remains pending for resolution by the transferee court.

The clerk of court is directed to take appropriate action to effect the transfer.

This case is closed in this court.

DONE, this the 25th day of September, 2017.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**